# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CHRISTOPHER EBERBACH,**          **CASE NO.: 6:23-cv-1441-RBD-DCI**

    **Plaintiff,**

vs.

**NATIONAL SPECIALTY INSURANCE COMPANY,**

    **Defendant.**
_____/

## AMENDED COMPLAINT
## AND DEMAND FOR JURY TRIAL

Plaintiff, by and through the undersigned attorney, sues the Defendant, National Specialty Insurance Company ("National Specialty"), and alleges:

1. At all material times hereto, Plaintiff's principal place of residence was in Osceola County, Florida.

2. National Specialty was and is a Florida corporation with its principal place of business in Florida, and the policy of insurance written by National Specialty was issued by National Specialty in the State of Florida.

3. At all material times relevant hereto, National Specialty was a corporation duly licensed to transact insurance business in the State of Florida. National Specialty does business, has offices, and/or maintained agents

for the transaction of its customary business in Osceola County, Florida.

4. This is an action for breach of contract with damages greater than seventy-five thousand dollars ($75,000.00), exclusive of interest, costs, and attorney's fees.

5. Jurisdiction and venue are proper in this Court.

6. Plaintiff is a named insured under Policy No.: VUW-HO-644930 ("Policy") with its effective date being April 15, 2020, through April 15, 2021. Please find attached as Exhibit "A" a copy of the Policy provided by Defendant.

7. Plaintiff sought homeowner's insurance from National Specialty to cover his property, and the Policy, including but not limited to coverages to protect against storm damage, was issued by the Defendant.

8. On or about August 4, 2020, during the Policy period, Plaintiff's property located at 1004 Tapestry Ln., Celebration, FL ("Property") was physically damaged due to storm damage.

9. Plaintiff duly notified National Specialty of the loss and allowed for all necessary inspections and evaluations to be made at the Property.

10. Plaintiff's homeowner's insurance with National Specialty was in full force and effect when his Property was damaged, and he is the named insured under Claim Number 40200818255-0001.

11. This is an action related to National Specialty's failure to place the Property in its pre-loss condition and adequately compensate Plaintiff for reasonable repair costs and damages associated with the claimed storm damage.

12. Plaintiff has complied or substantially complied with all conditions to entitle Plaintiff to recover under the Policy, the conditions have been waived, or the language of the Policy created an impossibility for the conditions to be complied with.

13. National Specialty has failed or refused to pay the reasonable value of repairs needed to place the Property in its pre-loss condition.

14. National Specialty's refusal to reimburse Plaintiff adequately for the damages that resulted, and otherwise make Plaintiff whole, is a breach of contract.

15. Plaintiff has been damaged as a result of National Specialty's breach in the form of insurance proceeds that have not been paid, interest, costs, and attorney's fees.

16. As a result of National Specialty's breach of contract, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the undersigned attorney's services in bringing this action, plus necessary costs.

17. Plaintiff has been and remains fully prepared to comply with the obligations pursuant to the aforesaid contract of insurance.

18. Plaintiff is entitled to recover attorney's fees and costs under F.S. § 627.428, F.S. or § 626.9373, F.S. §57.041, and F.S. § 92.231.

WHEREFORE, Plaintiff demands judgment against National Specialty for compensatory damages, interest costs, and attorney's fees pursuant to F.S. § 627.428, F.S. or § 626.9373, F.S., §57.041, and F.S. § 92.231. Plaintiff further demands trial by jury

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and accurate copy of the foregoing has e-filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record on this 21st day of August 2023.

_____
Gary J. Spahn, Jr., Esquire
Malik Law, P.A.
Florida Bar Number: 42441
1061 Maitland Center
Commons Blvd.
Maitland, FL 32751
Phone: (407) 500 1000
Email: gspahn@imaliklaw.com
Email: alexandria@imaliklaw.com